LITTLE CARNEGIE REALTY CORPORATION, Appellant, *v.* DELMONICO MOVIENEWS THEATRE, INC., Tenant; FIRST RUN FILMS, INC., Tenant, Respondent, et al., Undertenants.

Submitted October 4, 1948; decided October 7, 1948.

Motion for reargument denied, with $10 costs and necessary printing disbursements.   [See 298 N. Y. 609.]